In re:  Dawn Jean KYLE, Debtor,

Carolyn A. Dye, Chapter 7
Trustee, Appellant,

v.

Dawn Jean Kyle, Appellee.

No. 04–57195.

BAP No. CC–03–01620–KMoB.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Feb. 16, 2006.

Decided March 1, 2006.

Before CANBY, KLEINFELD, and
BERZON, Circuit Judges.

MEMORANDUM *

Carolyn Dye, trustee of the bankruptcy
estate of Dawn Kyle, appeals the Bank-
ruptcy Appellate Panel memorandum re-
versing the bankruptcy court order grant-
ing her Motion for Reconsideration.  We
AFFIRM in its entirety the decision of the
BAP in this appeal and adopt the BAP's
reasoning as our own.

* This disposition is not appropriate for publica-
tion and may not be cited to or by the courts
of this circuit except as provided by 9th Cir.
R. 36–3.